UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ARMANDO PEREIRA ALVES #A056-338-442** | **CIVIL ACTION NO. 25-cv-1214 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 12], no objections thereto having been filed, and after an independent review of the record, concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 10th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE